■ VINCENT D. IOCOVOZZI, Appellant, v BONNETTE IOCOVOZZI, Respondent. [6 NYS3d 509]—Appeal from an order of the Supreme Court, Herkimer County (Erin P. Gall, J.), entered October 17, 2013. The order granted the motion of defendant for an award of expert fees and counsel fees.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on March 23, 2015,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Smith, J.P., Carni, Lindley, Sconiers and DeJoseph, JJ.

■ In the Matter of CANDIE A. FOSTER, Appellant, v ANDREW J. FOSTER, Respondent. [7 NYS3d 790]—Appeal from an order of the Family Court, Oneida County (Randal B. Caldwell, J.), entered October 11, 2013 in a proceeding pursuant to Family Court Act article 6. The order denied the petition.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Memorandum: Petitioner mother appeals from an order denying her petition, following a hearing, seeking to modify a prior custody order that, inter alia, granted primary physical custody of the subject child to respondent father. "A party seeking a change in an established custody arrangement must show a change in circumstances [that] reflects a real need for change to ensure the best interest[s] of the child" (*Matter of Gross v Gross*, 119 AD3d 1453, 1453 [2014] [internal quotation marks omitted]). Contrary to the mother's contention, we conclude that Family Court's determination that she failed to meet that burden has a sound and substantial basis in the record (*see Matter of Rauch v Keller*, 77 AD3d 1409, 1410 [2010]). Present—Smith, J.P., Carni, Lindley, Sconiers and DeJoseph, JJ.